IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PATRICK MOE, et al., | CASE NO. 5:14-cv-02197 |
| Plaintiffs, | HON. JUDGE DONALD C. NUGENT |
| v. | ORDER OF DISMISSAL INCORPORATING SETTLEMENT AGREEMENT TERMS AND RETAINING JURISDICTION TO ENFORCE AGREEMENT AND RESOLVE DISPUTES |
| CITY OF AKRON, et al., | |
| Defendants. | |

The Court, having reviewed the settlement agreement, attached hereto as Exhibit A, finds it an acceptable, full, and fair resolution of the litigation herein. The Court further finds that retention of jurisdiction is appropriate to enforce the agreement and resolve any disputes that may arise thereunder. Therefore, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The settlement agreement is hereby made an Order of this Court;

2. The Court retains jurisdiction to enforce the settlement agreement and resolve any disputes arising thereunder; and

3. This matter is dismissed with prejudice.

IT IS SO ORDERED.

_____
HON. JUDGE DONALD C. NUGENT

DATED: September 13, 2016